THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 19, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Dorothy H. Lampley, | Case No. 15−29328−gmh |
| Debtor. | Chapter  7 |

### ORDER APPROVING APPLICATION TO PAY
### BANKRUPTCY FILING FEE IN INSTALLMENTS

Upon the debtor's application to pay the filing fee for this bankruptcy case in installments, the Court hereby **APPROVES** the application and **ORDERS** as modified:

1. The debtor must pay the first installment of at least $112 by **September 21, 2015.**

2. The debtor must pay a second installment of at least $112 by **October 20, 2015.**

3. The debtor must pay the final installment of $111 (or the remaining balance of the fee) by **November 20, 2015.**

4. If the Clerk does not **receive** any one of these installments by the applicable deadline, the Court will dismiss this case, and the debtor will not receive a discharge.

5. If the Court dismisses the debtor's case for failing to timely pay one of the above installments, the Court **will not** reconsider or vacate the dismissal unless, along with the debtor's request to reconsider or vacate, the debtor pays the $335.00 filing fee **in full**.

6. The Court **will not** grant a fee waiver or installment fee application in any future case the debtor may file. Filing fees for any future cases will be due, in full, within 14 days of the day the petition in that case is filed.

7. The debtor must make the money order or cashier's check payable to the Clerk, U.S. Bankruptcy Court. The Clerk's address is Clerk, U.S. Bankruptcy Court, 517 East Wisconsin Avenue, Room 126, Milwaukee, WI 53202. (<u>Note</u>: While the Clerk accepts cash, the Clerk *does not* accept personal checks from debtors.)

8. If the debtor needs more time to pay any of the installments, the debtor must request an extension and explain the reason for the request, *in writing*, prior to the deadline for paying that installment. The Court will notify the debtor whether an extension has been granted or denied.

9. The debtor is not permitted to pay an attorney, or any other professional, for services in connection with this case until the filing fee is paid in full. The debtor will not receive a discharge until the filing fee is paid in full.

#####